| | | |
|---|---|---|
| People v Ramtahal | 2d Dept: 139 AD3d 983 (Queens) | denied 8/16/16 (DiFiore, Ch. J.) |
| People v Rebelo | 3d Dept: 137 AD3d 1315 (Delaware) | denied 8/2/16 (Abdus-Salaam, J.) |
| People v Respress | 3d Dept: 140 AD3d 1324 (Chemung) | denied 8/1/16 (Rivera, J.) |
| People v Ricci | County Ct, 5/5/16 (Oneida) | denied 8/11/16 (Pigott, J.) |
| People v Rich | 3d Dept: 140 AD3d 1407 (Warren) | denied 8/29/16 (Pigott, J.) |
| People v Rivera | 1st Dept: 138 AD3d 401 (NY) | denied 8/17/16 (Abdus-Salaam, J.) |
| People v Roberts | 2d Dept: 139 AD3d 985 (Kings) | denied 8/10/16 (Fahey, J.) |
| People v Rodriguez | 3d Dept: 135 AD3d 1181 (Ulster) | denied 8/11/16 (Rivera, J.) |
| People v Roth | 4th Dept: 141 AD3d 1090 (Lewis) | denied 8/31/16 (Rivera, J.) |
| People v Rowser | 1st Dept: 139 AD3d 489 (Bronx) | denied 8/10/16 (Rivera, J.) |
| People v Sahadeo | 2d Dept: 140 AD3d 1093 (Queens) | denied 8/30/16 (Stein, J.) |
| People v Santiago | 1st Dept: 139 AD3d 515 (Bronx) | denied 8/24/16 (Pigott, J.) |
| People v Santos | 1st Dept: 140 AD3d 462 (NY) | denied 8/22/16 (DiFiore, Ch. J.) |
| People v Scaringe | 3d Dept: 137 AD3d 1409 (Franklin) | denied 8/24/16 (Garcia, J.) |
| People v Seitz | 4th Dept: 140 AD3d 1694 (Onondaga) | denied 8/31/16 (Rivera, J.) |
| People v Sha Banger | 2d Dept: 139 AD3d 964 (Dutchess) | denied 8/1/16 (Fahey, J.) |
| People v Sha Easy | 2d Dept: 139 AD3d 964 (Dutchess) | denied 8/1/16 (Fahey, J.) |
| People v Shepard | 2d Dept: 138 AD3d 895 (Nassau) | denied 8/1/16 (Rivera, J.) |
| People v Sherrod | 4th Dept: 136 AD3d 1353 (Erie) | denied 8/30/16 (Garcia, J.) |
| People v Shipp | 4th Dept: 138 AD3d 1416 (Monroe) | denied 8/10/16 (Rivera, J.) |
| People v Silva | 1st Dept: 135 AD3d 498 (Bronx) | denied 8/18/16 (Rivera, J.) |
| People v Singh | 2d Dept: 139 AD3d 761 (Queens) | denied 8/26/16 (DiFiore, Ch. J.) |
| People v Singleton | App Term, 1st Dept: 51 Misc 3d 145(A) (NY) | denied 8/24/16 (Pigott, J.) |
| People v Smith (Bobby) | 3d Dept: 140 AD3d 1396 (Columbia) | denied 8/29/16 (Pigott, J.) |